UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADVANCE CONTROLS, INC.,**

    Plaintiff,

v.                                                    Case No: 8:17-cv-2775-T-35AAS

**GIOVENZANA INTERNATIONAL B.V.
and MOTION TECHNOLOGIES, INC.,**

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 32), and pursuant to Fed.R.Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

The Parties also request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement. The Court declines the Parties' specific request to retain jurisdiction. To the extent that court intervention is necessary to resolve any dispute concerning their settlement agreement after the case is finally resolved, an independent basis for jurisdiction would have to be established in order for such dispute to be resolved in this Court.

**DONE and ORDERED** at Tampa, Florida this 23rd day of May, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party